Filed 1/31/23  P. v. Young CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE, | D080660 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD293752) |
| DESHAWN M. YOUNG, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Polly H. Shamoon, Judge. Affirmed.

Nathanael Crowley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Deshawn M. Young pleaded guilty to possession of a loaded firearm in public (Pen. Code, § 25850, subd. (a)) and misdemeanor possession of cocaine (Health and Saf. Code, § 11350, subd. (a)). Young was granted probation for two years subject to various conditions. One of the conditions of probation required that Young use "no marijuana at all." Young did not object to the condition.

Young filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Young the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

Young admitted he possessed a loaded firearm in public and that he possessed cocaine.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court erred in imposing a "no marijuana use" condition in light of the convictions for possession of cocaine and a loaded firearm.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Young on this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:

McCONNELL, P. J.

IRION, J.